**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2982-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| ANGELICA GAXIOLA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 29, 2008, within the Southern District of California, defendant ANGELICA GAXIOLA, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 122.95 kilograms (270.49 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008

KAREN P. HEWITT
United States Attorney

LARA A. STINGLEY
Assistant U.S. Attorney

LAST:psd:San Diego
9/3/08